■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE RUSHION, Appellant. [899 NYS2d 722]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Daniel FitzGerald, J., at plea and sentence), rendered on or about February 20, 2008, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Gonzalez, P.J., Saxe, Nardelli, McGuire and Moskowitz, JJ.